UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO FIERRO-PONCE,<br><br>Defendant. | CASE NO. 20-92-JCC<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense that carries a presumption of detention. The government averred that defendant played an important role in a large drug conspiracy having direct contact with more senior members and participating in the possession of drugs and money. The government proffered that defendant was also involved in the use of violence by the conspirators to collect drug debts. These collection activities included the use of firearms and the government proffered defendant possessed and provided firearms.

Defendant has a significant criminal history including convictions for harassment, domestic violence and refusing to comply. His criminal activity appears recent and unabated as

ORDER DETAINING DEFENDANT - 1

he has since April 2019 and July 2020 been charged with theft six times. Warrants for his arrest have been issued in each case and the warrants are active in each case. Defendant proposed to live with his sister in Oregon. However, his sister is very busy with her family and work and has not seen defendant in approximately four years.  Defendant also has no reported verified employment claiming he works under the table and acknowledges regular methamphetamine use.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2