# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO FIERRO-PONCE,

    Defendant.

CASE NO. 20-92-JCC

**ORDER DENYING MOTION TO REOPEN DETENTION**

Before the Court is Defendant's motion to reopen detention. Dkt. 515. Defendant moves to reopen on the grounds he has new information that materially bears on his detention: A long-time friend is willing to provide him a place to stay and serve as a third-party custodian, and a former employer is willing to rehire Defendant. While these are positive factors, the Court finds they are insufficient grounds to reopen detention and release defendant. The new information does not overcome the presumption that Defendant is both a danger to the community and a flight risk. The Court ordered Defendant detained because he is charged with a drug trafficking offense that carries a presumption of detention. The government averred defendant played an important role in a large drug conspiracy having direct contact with senior conspiracy members and participating in the possession of drugs and money. The government proffered defendant was also involved in the use of violence by the conspirators to collect drug debts. These collection activities included the use of firearms and the government proffered defendant

ORDER DENYING MOTION TO REOPEN
DETENTION - 1

possessed and provided firearms. The severity of the offense, Defendant's role and Defendant's use of force and weapons are not mitigated by the offer of a friend to live at her home or the offer of a job from a former employer.

The risk Defendant poses is buttressed by his significant criminal history including convictions for harassment, domestic violence and refusing to comply. His criminal activity appears recent and unabated as he has since April 2019 and July 2020 been charged with theft six times. The new information Defendant presents does not blunt or address the danger he poses based upon his past conduct. Additionally, arrest warrants for Defendant's arrest have been issued in each of his past criminal cases and at the time he was originally detained there were active warrants for his arrest. The Court also previously found Defendant acknowledges regular methamphetamine use. Defendant's past failures to appear, and his drug use indicate he is a risk of failing to appear or to flee.

It is therefore **ORDERED**: Defendant's motion to reopen detention, Dkt. 515, is DENIED.

DATED this 17th day of June 2021

BRIAN A. TSUCHIDA
United States Magistrate Judge